In the Matter of the Claim of RUTH A. MAYNARD, Respondent, against BOARD OF EDUCATION, SCHOOL DISTRICT No. 4, TOWN OF GREENBURGH, Respondent, and STATE INSURANCE FUND, Appellant. STATE INDUSTRIAL BOARD, Respondent. — Appeal from an award of the State Industrial Board. Claimant was a teacher in the English department of a junior high school at Hastings-on-the Hudson. She lived in an apartment, which she rented, which constituted part of a dwelling of Andrew F. Wills and his wife. The dramatic department of the school was about to produce a play and needed " properties." The teacher in charge of dramatics directed the claimant to examine certain shotguns in the Wills home, which had been proffered for use in the play about to be produced. Before going to school in the morning she examined the guns, and when returning one to Frank Wills, son of Andrew F. Wills, the gun was discharged, and the claimant was injured. Prior to the decision of this case, Mrs. Wills, mother of the boy, gave to the claimant money to the amount of $1,027.25. It was testified, in that connection, that this money was not in settlement of the claim, but a gift, indicating the sympathy of the parents of the boy with the claimant. The evidence justified the Board in finding that the claim arose out of and in the course of the employment, and that the money was not paid by way of compromise of the claim. The rulings of referee, denying an adjournment, are not regarded as prejudicial to the insurance carrier. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of MAY HOWELL, Respondent, against CRAIG COLONY, Employer, and STATE INSURANCE FUND, Appellant. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal from an award made by the State Industrial Board. The decedent was in the general employ of the Craig Colony for Epileptics, a State institution, as a sewerage attendant. The colony maintained a fire department for the protection of its interests of which decedent was a member, receiving remuneration therefor. On October 9, 1935, while the department was engaged in fighting a fire and while the decedent was discharging the duty of watching a fire hose which crossed a highway and directing traffic to prevent interference with the hose, the decedent was struck by an automobile, receiving injuries which caused his death. The premises upon which the fire was burning immediately joined the premises of the Craig Colony and commenced about noon and was not extinguished until late in the evening. The record in the case showed that the deceased was employed at the time of the accident which resulted in his death, and that such accident arose out of and in the course of his employment. It was the duty of the colony's fire department to protect State property and they had the permission of the acting superintendent to attend the fire. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.